

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2016

No. 04-16-00240-CR

Clarence **WRIGHT,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0287
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Debra A. Doolittle's notification of late record is hereby granted. The reporter's record is due on December 6, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court